UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

TZUMI INNOVATIONS, LLC,

                Plaintiff,

-against-

ANDREW R. WHEELER, et al.,

                Defendants.

21 Civ. 122 (LGS)

ORDER

LORNA G. SCHOFIELD, United States District Judge:

    WHEREAS, Plaintiffs filed an *ex parte* motion for emergency temporary restraining order and preliminary injunction ("Motion") on January 7, 2021;

    WHEREAS, Plaintiffs have filed the memorandum of law in support of the order to show cause for temporary restraining order and preliminary injunction (Dkt. No. 8). It is hereby

    **ORDERED** that Plaintiffs shall take all steps necessary to effect proper service as required by the Federal Rules of Civil Procedure, or to notify Defendants of the action and request waiver of service. It is further

    **ORDERED** that the parties shall meet and confer in an attempt to resolve the matter without Court intervention and shall file a joint letter by **noon tomorrow, January 8, 2021**, proposing a briefing schedule for the remaining submissions and informing the Court whether the effectiveness of any issuance of a Stop Sale, Use, or Removal Order may be delayed pending resolution of this matter. It is further

    **ORDERED** that Plaintiffs shall serve this Order on Defendants through electronic service as soon as possible, and no later than **January 7, 2021**.

Dated:    January 7, 2021
            New York, New York

                                              LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE