UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

TZUMI INNOVATIONS, LLC,

                Plaintiff,

       -against-

ANDREW R. WHEELER, et al.,

                Defendants.

21 Civ. 122 (LGS)

ORDER

LORNA G. SCHOFIELD, United States District Judge:

    WHEREAS, Plaintiff filed an *ex parte* application for emergency temporary restraining order and preliminary injunction on January 7, 2021, and by Order at Dkt. No. 12, the parties were directed to meet and confer and file a joint letter, proposing a briefing schedule for the remaining submissions and informing the Court whether the effectiveness of any issuance of a Stop Sale, Use, or Removal Order ("SSURO") may be delayed pending resolution of the matter;

    WHEREAS, the Government has confirmed that it will be at least 35 days before the Government issues any SSURO to Plaintiff, maintains that there is no basis at this time for the temporary restraining order sought by Plaintiff and proposes a briefing schedule for Plaintiff's motion for preliminary injunction and the Government's motion to dismiss (Dkt. No. 13). Plaintiff separately filed a letter explaining its disagreement with the terms of the enforcement standstill (Dkt. No. 15), and the Government filed a further reply (Dkt. No. 16). It is hereby

    **ORDERED** that a telephonic conference will be held on **Thursday, January 14, 2021, at 11:30 a.m.** on the following conference line: (888) 363-4749, access code 558-3333. The time of the conference is approximate, but the parties shall be ready to proceed at that time. It is further

    **ORDERED** that the parties shall meet and confer in good faith to agree to a specific and unambiguous joint proposal. By **3:00 p.m., Wednesday, January 13, 2021**, the parties shall file

a joint status letter informing the Court whether the parties have agreed, in which case the conference will be cancelled and the proposed briefing schedule entered, and if not, providing the parties' respective positions as to the application for the emergency temporary restraining order.

Dated:    January 11, 2021
           New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**