UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
TZUMI INNOVATIONS, LLC,
                        Plaintiff,

            -against-

MICHAEL S. REGAN, et al.,
                        Defendants.
------------------------------------------------------------X

21 Civ. 122 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, "[i]n order for a federal court to retain jurisdiction over a case, an actual controversy must exist at all stages of review, not merely at the time the compliant is filed." *Williams v. Annucci*, 895 F.3d 180, 187 (2d Cir. 2018) (internal quotation marks omitted).

WHEREAS, Plaintiff indicated that as of May 2021, 3.9 million units of the "Wipe Out!" product bearing the label at issue in this case were on store shelves. It is hereby

**ORDERED** that Plaintiff and Defendants shall file a joint status update by **June 28, 2021**, providing (1) an estimate of how many units of the "Wipe Out!" product bearing the old label are available on store shelves and (2) an update on the status of Defendants' investigation into the "Wipe Out!" product.

Dated: June 21, 2021
       New York, New York

                                                    LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE