UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TZUMI INNOVATIONS LLC,
                      Plaintiff,

                -against-

MICHAEL S. REGAN, et al.,
                      Defendants.
------------------------------------------------------------X

21 Civ. 122 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Opinion and Order dated July 30, 2021, granted in part and denied in part Defendants' motion to dismiss and denied Plaintiff's motion for a preliminary injunction.

WHEREAS, certain of Plaintiff's claims remain. It is hereby

**ORDERED** that the parties shall file a joint letter by **August 10, 2021**, proposing next steps in this action. Plaintiff shall specify whether it believes any discovery beyond the production of the administrative record is necessary. The parties shall state whether they would like a referral to a Magistrate Judge or court appointed mediator for a settlement conference.

Dated: August 2, 2021
       New York, New York

                                        LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE