UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TZUMI INNOVATIONS, LLC,

                Plaintiff,

-against-

          21 Civ. 122 (LGS)

          ORDER

ANDREW R. WHEELER, et al.,

                Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on November 9, 2021, Defendants filed an application to seal portions of the administrative record that potentially contain confidential business information belonging to Plaintiff (Dkt. No. 63);

    WHEREAS, Defendants' application was granted, they filed the potentially confidential documents at docket number 69 and Plaintiff was instructed to file a letter by November 18, 2021, if it sought to maintain the documents under seal (Dkt. No. 64);

    WHEREAS, Plaintiff did not file a letter.  It is hereby

    **ORDERED** that the seal on the documents at docket number 69 is LIFTED.

    The Clerk of Court is respectfully directed to unseal the entry and documents at docket number 69.

Dated: November 19, 2021
       New York, New York

                            LORNA G. SCHOFIELD
                        UNITED STATES DISTRICT JUDGE