UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TZUMI INNOVATIONS, LLC,

            Plaintiff,

-against-

ANDREW R. WHEELER, et al.,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/28/2022

21-CV-122 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has been informed that the parties have agreed to settlement terms, are now conferring as to the form of the settlement agreement, and wish to take the February 1, 2022 settlement conference off calendar. Accordingly, it is hereby ORDERED that the conference scheduled for February 1, 2022, at 4:00 p.m., is ADJOURNED *sine die*.

Dated: New York, New York
       January 28, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**